[No. 43148-0-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
DWIGHT COUSINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-03189-8, Richard M. Ishikawa, J., entered
July 13, 1998. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Ellington and Appelwick, JJ.

[No. 43172-2-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJAH
RICHARDSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-01421-7, Robert H. Alsdorf, J., entered
August 17, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43215-0-I.    Division One.    December 27, 1999.]

MICHAEL D. MCALPIN, *Appellant*, v. THE BOEING COMPANY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-03116-8, Larry Jordan, J., entered July
31, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43223-1-I.    Division One.    December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-03163-4, Richard M. Ishikawa, J., entered
August 20, 1998. *Affirmed* by unpublished per curiam
opinion.